United States District Court

Eastern District of California

Anthony L. Robinson,

        Plaintiff,　　　　　　　　　　No. Civ. S 03-2085 FCD PAN P

   vs.　　　　　　　　　　　　　　Order

Gray Davis, et al.,

        Defendants.

　　　　　　　　　　　　　　　　-oOo-

    February 17, 2005, the court dismissed the complaint under Fed. R. Civ. P. 8 and directed plaintiff to file an amended complaint.  Plaintiff has neither filed an amended complaint nor otherwise responded to that order.  Good cause appearing, plaintiff shall, within 10 days of service of this order, file an

///

///

///

///

1  amended complaint.  Otherwise this case will be dismissed without
2  prejudice.  Local Rule 11-110; Fed. R. Civ. P. 41(b).
3      So ordered.
4      Dated:  August 23, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge