United States District Court

Eastern District of California

Anthony L. Robinson,

        Plaintiff,                    No. Civ. S 03-2085 FCD PAN P

  vs.                             Order

Gray Davis, et al.,

        Defendants.

-oOo-

    September 13, 2005, plaintiff requested an extension of time to amend his pleading.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.  No further extensions will be granted absent a showing of manifest injustice.

    So ordered.

    Dated:  September 15, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge