IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

    Plaintiff,                    No. CIV S-03-2085 FCD PAN P

    vs.

GRAY DAVIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested a fourth extension of time to file an amended complaint pursuant to the court's order of August 24, 2005. In this request, plaintiff seeks an extension of sixty days or until a new magistrate judge is appointed to file his amended complaint.

        On February 21, 2006, the court granted plaintiff one final thirty day extension of time to file an amended complaint. This action has been pending for almost two and one half years and plaintiff has yet to file a complaint that contains any cognizable claim for relief. Plaintiff's request for an extension of time will be denied, except that the court will grant plaintiff fifteen days from the date of this order in which to file an amended complaint. Plaintiff is cautioned that failure to file an amended complaint within the time set in this order will result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 31(b).

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 28, 2006 motion for an extension of time is denied;

2. Plaintiff is granted one final period of fifteen days from the date of this order in which to file an amended complaint; and

3. Failure to file an amended complaint within the time set by this order will result in a recommendation that this action be dismissed.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
robi2085.eot4