IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

      Plaintiff,                              No. CIV S-03-2085 FCD EFB P

    vs.

GRAY DAVIS, et al.,

      Defendants.                      FINDINGS & RECOMMENDATIONS

                                /

      On June 14, 2006, plaintiff's complaint was dismissed with thirty days leave to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v.*

1

1 | *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

2 | DATED: December 20, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE