IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

      Plaintiff,                      No. CIV S-03-2085 FCD EFB P

    vs.

GRAY DAVIS, et al.,

      Defendants.           <u>ORDER</u>

    Good cause appearing, the December 21, 2006, findings and recommendations are VACATED. Plaintiff is granted thirty (30) days from the date of this order to file an amended complaint that complies with the court's June 14, 2006, order.

    So ordered.

DATED: January 29, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE