IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

        Plaintiff,                        No. CIV S-03-2085 FCD EFB P

    vs.

GRAY DAVIS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 2, 2007, and March 5, 2007, plaintiff requested extensions of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 2, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint; and

        2. Plaintiff's March 5, 2007, request is mooted by the granting of the former motion.

So ordered.

Dated: March 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE