IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

    Plaintiff,                       No. CIV S-03-2085 FCD EFB P

    vs.

GRAY DAVIS, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 23 and April 26, 2007, plaintiff filed requests for extensions of time in which to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's April 23, 2007, request is granted and plaintiff has 60 days from the date this order is served to file an amended complaint. Plaintiff's April 26, 2007, request is denied as moot.

    So ordered.

Dated: May 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE