IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

       Plaintiff,                        No. CIV S-03-2085 FCD EFB P

    vs.

GRAY DAVIS, et al.,

       Defendants.                  <u>FINDINGS AND RECOMMENDATIONS</u>

        On June 14, 2006, the court dismissed plaintiff's complaint for failure to comply with the Federal Rules of Civil Procedure. The order dismissing the complaint found that plaintiff's 147-page complaint was so prolix and obscure that the court was unable to reasonably discharge its responsibility under 28 § 1915(a), and specifically directed plaintiff to file an amended complaint in accordance with the abovementioned directives, limited to 15 pages. The order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies and warned plaintiff that failure to file an amended complaint that complied with the requirements of the Civil Rights Act, the Federal Rules of Procedure, the Local Rules of Practice, and the terms of that order would result in a recommendation that this action be dismissed without prejudice. On July 20, 2007, plaintiff filed a similarly prolix and obscure first-amended complaint consisting of approximately 273 numbered paragraphs within

72 pages.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2