IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

      Plaintiff,                    No. CIV S-03-2085 FCD EFB P

     vs.

GRAY DAVIS, et al.,

      Defendants.           <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 4, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        On December 21, 2006, the court filed findings and recommendations, recommending dismissal of this action for plaintiff's failure to file an amended complaint. Plaintiff filed objections, and those findings and recommendations were vacated by order filed January 30, 2007. Plaintiff was directed to file an amended complaint within 30 days of the date

1

1  of that order. Thereafter, plaintiff was granted an additional 90 days in which to file an amended
2  complaint. Plaintiff filed an amended complaint on July 20, 2007. The court filed findings and
3  recommendations on December 4, 2007, stating that plaintiff's June 14, 2006, complaint, at 147
4  pages, was so prolix and obscure that the court could not reasonably discharge its duties. The
5  court advised plaintiff on the filing of an amended complaint and informed plaintiff that failure
6  to file an amended complaint that complied with the requirements of the Civil Rights Act, the
7  Federal Rules of Procedure, the Local Rules of Practice, and the terms of that order would result
8  in a recommendation that this action be dismissed without prejudice.. Plaintiff did not file an
9  amended complaint until more than a year later, and this complaint is fraught with similar
10 obstacles to screening.

11         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
12 304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the
13 entire file, the court finds the findings and recommendations to be supported by the record and
14 by proper analysis.

15         Accordingly, IT IS HEREBY ORDERED that:

16         1. The findings and recommendations filed December 4, 2007, are adopted in
17 full; and

18         2. This action is dismissed without prejudice. _See_ Fed. R. Civ. P. 41(b).

19 DATED: February 21, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE